237 So.2d 400

Gilbert C. MITCHELL

v.

HEPINSTALL STEEL CO. and
Truck Service, Inc.

No. 50738.

July 16, 1970.

Writs refused. The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.

237 So.2d 401

STATE of Louisiana ex rel.
William W. EARL

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 50733.

July 21, 1970.

Application denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.